# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

Gary Wrolstad,
    Plaintiff,

v.

CUNA Mutual Insurance Society,
    Defendant.

File Number _____
[WDWI Case No. 15-cv-798]

## NOTICE OF APPEAL

Notice is hereby given that Gary Wrolstad, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh District from the final judgment entered in this action on the 4th day of April, 2017.

Dated: May 1, 2017, in Madison, Wisconsin.

*Gary Wrolstad*
Gary Wrolstad, Pro Se/Plaintiff

7754 Hillcrest Avenue
Middleton, WI 53562
Tele: 279-9200
gary.wrolstad@live.com

2017 MAY -2 AM 10:34
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DOC NO
REC'D/FILED